UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

2009 AUG -5 P 12: 13

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SA09CR614 FB** |
| Plaintiff, | CRIMINAL NO. |
| | **I N D I C T M E N T** |
| v. | [Vio: Count. 1: 18 U.S.C. §§ 371 & 924(a)(1)(A) - Conspiracy to Obtain Firearms by False Statement During Firearms Purchase; Count 2: 18 U.S.C. §§ 2 and 924(a)(1)(A)- False Statement While Purchasing a Firearm; Count 3: 18 U.S.C. §§ 2 and 924(a)(1)(A)- False Statement While Purchasing a Firearm; Count 4: 18 U.S.C. §§ 2, 922(g)(5)(B) and 924(a)(2) - Possession of a Firearm by a Prohibited Person]. |
| CRAIG CHRISTOPHER LUJAN, (1) and HECTOR RICARTE AGUILAR-ZAMORA (2), | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § § 371 and 924(a)(1)(A)
**Conspiracy to Obtain Firearms by False Statement During Firearms Purchase]**

That beginning on or about September 4, 2008, and continuing through and including

September 8, 2008, within the Southern and Western Districts of Texas and elsewhere, the

Defendants,

**CRAIG CHRISTOPHER LUJAN, and
HECTOR RICARTE AGUILAR-ZAMORA,**

did knowingly and willfully combine, conspire, confederate and agree with others known and

unknown to the Grand Jury, to commit an offense against the United States, namely: they

conspired to obtain firearms, to wit: one Beretta pistol, model PX4 Storm, 9 millimeter, bearing

serial number PX51161, one Beretta pistol, model 92FS Centurion, 9 millimeter, bearing serial

number BER416904Z, and one Beretta pistol, model 92FS, 9 millimeter, bearing serial number

BER442436, by making false statements during firearms purchases, in violation of Title, 18 United States Code, § 924(a)(1)(A), all in violation of Title 18 United States Code § 371.

## THE MANNER AND MEANS OF THE CONSPIRACIES

It was a part of the conspiracies that Defendant **HECTOR RICARTE AGUILAR-ZAMORA ("AGUILAR")** directed H.L. to obtain three firearms. H.L. contacted **CRAIG CHRISTOPHER LUJAN ("LUJAN")** and requested that **LUJAN** purchase the firearms for **AGUILAR** because **AGUILAR** was a citizen of Mexico which precluded him from lawfully purchasing firearms in the United States. **LUJAN** purchased three firearms from licensed firearms dealers in and around San Antonio, Texas. **LUJAN** then provided the firearms to **AGUILAR.**

It was further a part of the conspiracies that **AGUILAR** would export the purchased firearms from the United States to Mexico.

## OVERT ACTS

In furtherance of the aforesaid conspiracy and to affect and accomplish the objects thereof, the above named Defendants and their coconspirators performed the following overt acts:

1.      On September 4, 2008, in the Western District of Texas, Defendant **LUJAN**, in connection with his acquisition of one (1) firearm, namely: a Beretta pistol, model PX4 Storm, 9 millimeter, bearing serial number PX51161, from Academy Sports and Outdoors, a licensed firearms dealer, did knowingly make a false and fictitious written statement to Academy Sports and Outdoors, in that Defendant **LUJAN** represented that he was the actual buyer of the firearm listed on Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearm Transaction Record,

when in truth and in fact, as Defendant **LUJAN** then knew he was buying the firearm for another individual, namely, Defendant **AGUILAR**.

2.    On September 5, 2008, in the Western District of Texas, Defendant **LUJAN**, in connection with his acquisition of two (2) firearms, namely: one Beretta pistol, model 92FS Centurion, 9 millimeter, bearing serial number BER416904Z, and one Beretta pistol, model 92FS, 9 millimeter, bearing serial number BER442436, from Dury's Gun Shop, a licensed firearms dealer, did knowingly make a false and fictitious written statement to Dury's Gun Shop, in that Defendant **LUJAN** represented that he was the actual buyer of the firearm listed on Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearm Transaction Record, when in truth and in fact, as Defendant **LUJAN** then knew he was buying the firearm for another individual, namely, Defendant **AGUILAR**.

3.    Sometime during the early part of September, 2008, in the Western District of Texas, Defendant **AGUILAR**, did travel from Mexico to San Antonio, Texas, to acquire three firearms, namely, one Beretta pistol, model PX4 Storm, 9 millimeter, bearing serial number PX51161, one Beretta pistol, model 92FS Centurion, 9 millimeter, bearing serial number BER416904Z, and one Beretta pistol, model 92FS, 9 millimeter, bearing serial number BER442436.

4.    On or about September 5, 2008, in the Western District of Texas, Defendant **LUJAN** gave to **AGUILAR** the following three firearms; one Beretta pistol, model PX4 Storm, 9 millimeter, bearing serial number PX51161, one Beretta pistol, model 92FS Centurion, 9 millimeter, bearing serial number BER416904Z, and one Beretta pistol, model 92FS, 9 millimeter, bearing serial number BER442436.

5.    On or about September 8, 2008, in the Southern District of Texas, Defendant

AGUILAR attempted to export from the United States to Mexico the following three firearms; one Beretta pistol, model PX4 Storm, 9 millimeter, bearing serial number PX51161, one Beretta pistol, model 92FS Centurion, 9 millimeter, bearing serial number BER416904Z, and one Beretta pistol, model 92FS, 9 millimeter, bearing serial number BER442436.

All in violation of Title 18, United States Code, Section 371 & 924(a)(1)(A).

## COUNT TWO
### [18 U.S.C. § 924(a)(1)(A)
### False Statement While Purchasing A Firearm]

That on or about September 4, 2008, within the Western District of Texas, Defendant,

## CRAIG CHRISTOPHER LUJAN,

in connection with and during the purchase or acquisition of one or more firearms at Academy Sports and Outdoors, in San Antonio, Texas, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of ~~Nagel's Gun Shop, Inc.~~ *Academy Sports and Outdoors # 47*, a firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, in that **CRAIG CHRISTOPHER LUJAN,** did execute Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearm Transaction Record, certifying that he was the actual buyer of the firearm indicated on the Form 4473; whereas in truth and in fact **CRAIG CHRISTOPHER LUJAN** was purchasing the firearm for and on behalf of another individual, namely, **HECTOR RICARTE AGUILAR-ZAMORA**, in violation of Title 18, United States Code, Sections 2 and 924(a)(1)(A).

## COUNT THREE
### [18 U.S.C. § 924(a)(1)(A)
### False Statement While Purchasing A Firearm]

That on or about September 5, 2008, within the Western District of Texas, Defendant,

## CRAIG CHRISTOPHER LUJAN,

in connection with and during the purchase or acquisition of two or more firearms at Dury's Gun Shop, Inc., in San Antonio, Texas, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Nagel's Gun Shop, Inc., a firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, in that **CRAIG CHRISTOPHER LUJAN**, did execute Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearm Transaction Record, certifying that he was the actual buyer of the firearm indicated on the Form 4473; whereas in truth and in fact **CRAIG CHRISTOPHER LUJAN** was purchasing the firearm for and on behalf of another individual, namely, **HECTOR RICARTE AGUILAR-ZAMORA**, in violation of Title 18, United States Code, Sections 2 and 924(a)(1)(A).

## COUNT FOUR
### [18 U.S.C. §§ 922(g)(5)(B) & 924(a)(2)
### Possession of a Firearm by a Prohibited Person]

On or about September 8, 2008, within the Western District of Texas and elsewhere, the Defendant,

### HECTOR RICARTE AGUILAR-ZAMORA,

who having been admitted to the United States under a non-immigrant visa, did knowingly possess in and affecting interstate commerce, a firearm, to-wit: one Beretta pistol, model PX4 Storm, 9 millimeter, bearing serial number PX51161, one Beretta pistol, model 92FS Centurion, 9 millimeter, bearing serial number BER416904Z, and one Beretta pistol, model 92FS, 9 millimeter, bearing serial number BER442436; which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2, 922(g)(5)(B) and 924(a)(2).

5

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[Title 18 U.S.C. §§ 924(a)(1)(A), 924(a)(2), and 922(g)(5)(B), and subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461. *See* Fed.R.Crim.P. 32.2]

**Firearms Forfeiture Statutes and Violations**
[Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461]
As a result of the foregoing criminal violations set forth in Counts One, Two, Three and Four, which are punishable by imprisonment for more than one year, Defendants **CRAIG CHRISTOPHER LUJAN** and **HECTOR RICARTE AGUILAR-ZAMORA** shall forfeit property to the United States pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to Title 28 § U.S.C. 2461, which states:

> **Title 18 U.S.C. § 924**
>
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection ...(g) ...of section 922. . . or knowing violation of section 924,. . . shall be subject to seizure and forfeitures under the provisions of this chapter...

This Notice of Demand for Forfeiture includes, but is not limited to, the following firearms, to wit:

**Beretta pistol, model PX4 Storm, 9 millimeter, serial number PX51161,**
**Beretta pistol, model 92FS Centurion, 9 millimeter, serial number BER416904Z,**
**Beretta pistol, model 92FS, 9 millimeter, serial number BER442436, and**
**47 - 9 millimeter cartridges of ammunition**

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

BY: _____
RAY GATTINELLA
Assistant United States Attorney

6